AO 442 (Rev. 11/11) Arrest Warrant

FID 11705769

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 9:28 am, Aug 15, 20__

| United States of America | )  |
|---|---|
| v. | ) Case: 1:24-mj-00255 |
| Khari McKoy | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 8/14/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Khari McKoy,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4) Possession of Child Pornography.

Date: 08/14/2024

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2024.08.14 15:26:23 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/15/24, and the person was arrested on *(date)* 8/14/24
at *(city and state)* Washington, D.C.

Date: 8/15/24

*Arresting officer's signature*

Detective Thomas Sullivan
*Printed name and title*